# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

146289 & (68)(69)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RAMA MADUGULA,
    Plaintiff/Counter-Defendant-
    Appellee,

v

BENJAMIN A. TAUB,
    Defendant/Counter-Plaintiff-
    Appellant,
and

DATASPACE INC.,
    Defendant,
and

ANDREW FLOWER,
    Defendant.

SC: 146289
COA: 298425
Washtenaw CC: 08-000537-CK

_____/

On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether claims brought under MCL 450.1489 are equitable claims to be decided by a court of equity; (2) whether the provisions of a stockholders' agreement can create shareholder interests protected by MCL 450.1489; and (3) whether the plaintiff's interests as a shareholder were interfered with disproportionately by the actions of the defendant-appellant, where the plaintiff retained his corporate shares and his corporate directorship. The motion to increase stay bond and the motion to strike are DENIED.

The Business Law Section of the State Bar of Michigan and the Michigan Chamber of Commerce are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013



Clerk

p0529